AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| OTTO CATALAN <br><br> *Plaintiff(s)* <br> v. <br> TOWNSHIP 223, LLC <br><br> *Defendant(s)* | Civil Action No. 19-cv-22045-JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TOWNSHIP 223, LLC.
　　　　　　　　　　　　　　　　　Timothy Petrillo Registered Agent
　　　　　　　　　　　　　　　　　221 South Andrews Avenue
　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Joshua H. Sheskin Esq.,
　　　　　　　　　　　　　　　　Lubell & Rosen, LLC
　　　　　　　　　　　　　　　　200 South Andrews Avenue Sute 900
　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:　05/21/2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts